NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDRIC BENNETT, DOC #563736,  )
                             )
        Appellant,           )
                             )
v.                           )        Case No. 2D17-760
                             )
STATE OF FLORIDA,            )
                             )
        Appellee.            )
                             )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Edric Bennett, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.